**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1
2
3
4                    UNITED STATES DISTRICT COURT
5                       Northern District of California
6
7  BIOTHERM HYDRONIC,                        No. C 12-01206 MEJ
8              Plaintiff(s),                 **ORDER PERMITTING TELEPHONIC**
       v.                                    **APPEARANCE AT HEARING**
9
   KEMNA ENTERPRISES,
10
              Defendant(s).
11 _____/
12
13     This matter is scheduled for a Case Mangement Conference hearing on June 29, 2012 at
14 10:00 a.m..  Now before the Court is the request of Shannon K. Paton, counsel for Defendant
15 Trueleaf Technologies, to appear telephonically.  Good cause appearing, the request is GRANTED.
16 However, Ms. Paton is ORDERED to contact the courtroom deputy, Rose Maher, at (415) 522-4708,
17 and provide a local or toll-free number at least 48 hours prior to the hearing.  At the time of the
18 hearing, counsel shall stand by at the number provided until called by the Court.
19     **IT IS SO ORDERED.**
20
21 Dated: June 21, 2012
22                                            _____
                                              Maria-Elena James
23                                            Chief United States Magistrate Judge
24
25
26
27
28