UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BIOTHERM HYDRONIC, INC., | No. C 12-1206 MEJ |
| Plaintiff, | **ORDER VACATING CMC** |
| v. | |
| KEMNA ENTERPRISES, et al., | |
| Defendants. | |

This matter is scheduled for a Case Management Conference on June 28, 2012. As the parties have not filed a joint case management statement, the Court VACATES the June 28 conference and ORDERS the parties to file a joint status report by July 5, 2012.

**IT IS SO ORDERED.**

Dated: June 26, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge