1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

## UNITED STATES  DISTRICT COURT

## Northern District of California

BIOTHERM HYDRONIC, INC.,                          No. C 12-1206 MEJ

             Plaintiff,                  **ORDER VACATING CMC**

    v.

KEMNA ENTERPRISES, et al.,

             Defendants.

_____/

     This matter is scheduled for a Case Management Conference on June 28, 2012.  As the parties have not filed a joint case management statement, the Court VACATES the June 28 conference and ORDERS the parties to file a joint status report by July 5, 2012.

     **IT IS SO ORDERED.**

Dated: June 26, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge