UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Biotherm Hydronic, Inc.,<br>dba Trueleaf Technologies,<br>            Plaintiff(s),<br><br>        v.<br><br>Kemna Enterprises; Satellite Specialized Transportation, Inc. and Does 1-20, inclusive,<br>            Defendant(s).<br><br>and related cross action            / | CASE NO. CV 12 1206 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

        Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

   **Private Process:**

   ■    Private ADR (*please identify process and provider*)  Mediation before James Attridge, Esq.

The parties agree to hold the ADR session by:
   ☐    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

   ■    other requested deadline:   within 120 days of the Court's order referring the case to mediation


Dated: 6/26/12                                                  /s/ Shannon K. Paton
                                                                Shannon K. Paton, Attorney for
                                                                Plaintiff Biotherm Hydronic, Inc.,
                                                                dba TrueLeaf Technologies

Dated: 6/26/12                                                  /s/ Michael L. Dillard
                                                                Michael L. Dillard, Attorney for
                                                                Defendant/Cross-complainant
                                                                Satellite Specialized Transportation,
                                                                Inc.

Dated: 6/26/12                                                  /s/ Gregg S. Garfinkel
                                                                Gregg S. Garfinkel, Attorney for
                                                                Defendant/Cross-defendant Kemna
                                                                Enterprises

**[PROPOSED] ORDER**

☒  The parties' stipulation is adopted and IT IS SO ORDERED.

☐  The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:  June 26, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge