UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Biotherm Hydronic, Inc.,
dba Trueleaf Technologies,
          Plaintiff(s),

v.

Kemna Enterprises; Satellite Specialized
Transportation, Inc. and Does 1-20,
inclusive,
          Defendant(s).

and related cross action                    /

CASE NO. CV 12 1206 MEJ

**STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Private Process:**

■    Private ADR (*please identify process and provider*)  Mediation before James Attridge, Esq.

The parties agree to hold the ADR session by:
☐    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

■    other requested deadline:   within 120 days of the Court's order referring the case to mediation

Dated: 6/26/12                                          /s/ Shannon K. Paton
                                                          Shannon K. Paton, Attorney for Plaintiff Biotherm Hydronic, Inc., dba TrueLeaf Technologies

Dated: 6/26/12                                          /s/ Michael L. Dillard
                                                          Michael L. Dillard, Attorney for Defendant/Cross-complainant Satellite Specialized Transportation, Inc.

Dated: 6/26/12                                          /s/ Gregg S. Garfinkel
                                                          Gregg S. Garfinkel, Attorney for Defendant/Cross-defendant Kemna Enterprises

**[PROPOSED] ORDER**

☒  The parties' stipulation is adopted and IT IS SO ORDERED.

☐  The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:   June 26, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge