JAMES E. SELL, ESQ. (SBN 135935)
SHANNON K. PATON, ESQ. (SBN 235382)
PARTON | SELL | RHOADES
A Professional Corporation
750 Lindaro, Suite 140
San Rafael, CA 94901
Telephone:   (415) 258-9700
Facsimile:   (415) 258-9739

Attorneys for Plaintiff
BIOTHERM HYDRONIC, INC., dba
TRUELEAF TECHNOLOGIES

GRANTED
Judge Maria-Elena James

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOTHERM HYDRONIC, INC., dba TRUELEAF TECHNOLOGIES,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>KEMNA ENTERPRISES; SATELLITE SPECIALIZED TRANSPORTATION, INC., and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | Case No.:  CV 12 1206 MEJ<br>**CASE ASSIGNED TO HON. MARIA-ELENA JAMES**<br><br><br>**JOINT STATUS REPORT**<br><br><br><br>CASE FILED:  3/9/12<br>TRIAL DATE: N/A |

　　　　Plaintiff Biotherm Hydronic, Inc., dba Trueleaf Technologies ("Trueleaf"), Defendant/Cross-Defendant Kemna Enterprises ("Kemna"), and Defendant/Cross-Complainant Satellite Specialized Transportation, Inc. ("Satellite"), (collectively "the Parties") hereby submit this Joint Status Report.

　　　　On June 26, 2012, the Parties filed their ADR Certification as well as their Stipulation and Proposed Order selecting private mediation with James Attridge, Esq.  The Court granted the Proposed Order and directed the Parties to complete mediation within 120 days.  The Parties are in the process of scheduling a date for the mediation with Mr. Attridge.  Even in advance of that formal mediation, however, the Parties have been actively engaged in settlement discussions, in the hopes that settlement might be achieved without the expenditure on mediation, the attendant

attorneys fees and travel costs. Should informal settlement talks fail, however, the Parties intend to proceed with mediation with Mr. Attridge within the timeframe directed by the Court.

The Parties hereby request that the Court put over any case management or status conference to a time after October 24, 2012, the expiration of the Court's 120-day window.

Respectfully submitted,

DATED: July 2, 2012    PARTON | SELL | RHOADES, PC

By  /s/ Shannon K. Paton
JAMES E. SELL, ESQ.
SHANNON K. PATON, ESQ.
Attorneys for Defendant/Plaintiff
BIOTHERM HYDRONIC dba TRUELEAF TECHNOLOGIES

DATED: July 2, 2012    KARNOPP & PETERSEN, LLP

By  /s/ Michael L. Dillard
MICHAEL L. DILLARD, ESQ.
Attorneys for Defendant/Cross-complainant
SATELLITE SPECIALIZED TRASPORTATION, INC.

DATED: July 2, 2012    NEMECEK & COLE

By  /s/ Gregg S. Garfinkel
GREGG S. GARFINKEL, ESQ.
Attorneys for Defendant/Cross-defendant
KEMNA ENTERPRISES

The parties shall file an updated status report by October 24, 2012.

s:\cases\0758-0004 kemna\p\joint status report.docx

IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA