UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BIOTHERM HYDRONIC,<br><br>              Plaintiff(s),<br>   v.<br>KEMNA ENTERPRISES,<br><br>             Defendant(s).<br>_____/ | No. C 12-01206 MEJ<br><br>**ORDER RE: STATUS** |

On October 30, 2012, Defendant Kemna Enterprises filed a Notice of Settlement, in which it stated "that all parties have settled the above-captioned matter in its entirety and a Stipulation for Dismissal is being filed concurrently herewith." Dkt. No. 25. As no dismissal has been filed, the Court ORDERS the parties to file a stipulation for dismissal or joint status report by January 17, 2013.

**IT IS SO ORDERED.**

Dated: January 3, 2013

_____
Maria-Elena James
United States Magistrate Judge