UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES  DISTRICT COURT

Northern District of California

| | |
|---|---|
| BIOTHERM HYDRONIC, | No. C 12-01206 MEJ |
| Plaintiff(s), | **ORDER RE: STATUS** |
| v. | |
| KEMNA ENTERPRISES, | |
| Defendant(s). | |

On October 30, 2012, Defendant Kemna Enterprises filed a Notice of Settlement, in which it stated "that all parties have settled the above-captioned matter in its entirety and a Stipulation for Dismissal is being filed concurrently herewith."  Dkt. No. 25.  As no dismissal has been filed, the Court ORDERS the parties to file a stipulation for dismissal or joint status report by January 17, 2013.

**IT IS SO ORDERED.**

Dated: January 3, 2013

_____
Maria-Elena James
United States Magistrate Judge