GREGG S. GARFINKEL (156632)
NEMECEK & COLE
A Professional Corporation
15260 Ventura Boulevard, Suite 920
Sherman Oaks, California 91403-5399
(818) 788-9500 \ (818)501-0328 Fax
e-mail: ggarfinkel@nemecek-cole.com

Attorneys for Defendant,
KEMNA ENTERPRISES



Dated: 1/31/2013

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOTHERM HYDRONIC, INC., dba TRUELEAF TECHNOLOGIES;<br><br>Plaintiff,<br><br>v.<br><br>KEMNA ENTERPRISES; SATELLITE SPECIALIZED TRANSPORTATION, INC., and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 12-1206 MEJ<br><br>**STIPULATION OF DISMISSAL AS TO ALL PARTIES** |

    IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, and pursuant to Fed. R. Civ. Proc. 41(a)(1), as follows:

    1.    The Complaint asserted by Plaintiff BIOTHERM HYDRONIC, INC., dba TRUELEAF TECHNOLOGIES ("Plaintiff") shall and hereby is dismissed with prejudice as to Defendants KEMNA ENTERPRISES and SATELLITE SPECIALIZED TRANSPORTATION, INC. ("Defendants").

2. The parties hereto agree that the instant Stipulation dismisses any and all cross-claims and counterclaims in this action.

3. Each party shall bear its own attorney's fees and costs incurred in this Action.

4. The parties hereto understand that the instant Stipulation resolves any and all claims and counterclaims in this action involving Defendants.

Dated: 1/28, 2013

PARTON SELL RHOADES PC

By: _____
JAMES EGAN SELL
Attorneys for Plaintiff
BIOTHERM HYDRONIC, INC.,
dba TRUELEAF TECHNOLOGIES

Dated: 1/29, 2013

NEMECEK & COLE

By: _____
GREGG S. GARFINKEL
Attorneys for Defendant,
KEMNA ENTERPRISES

Dated: Jan 28, 2013

KARNOPP PETERSEN LLP

By: _____
MICHAEL L. DILLARD
Attorneys for Defendant
SATELLITE SPECIALIZED
TRANSPORTATION, INC.

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 15260 Ventura Blvd., Suite 920, Sherman Oaks, CA 91403.

On January 29, 2013, I served the document described as **Stipulation of Dismissal as to All Parties** on the interested parties in this action in sealed envelopes addressed as follows:

| | |
|---|---|
| Shannon Kathryne Paton<br>James Egan Sell<br>Parton Sell Rhoades,<br>A Professional Corporation<br>750 Lindaro Street, Suite 140<br>San Rafael, CA 94901<br>415.258.9700<br>415.258.9739 (fax)<br>spaton@partonsell.com<br>jsell@partonsell.com | Michael L. Dillard<br>Karnopp Petersen LLP<br>1201 NW Wall Street<br>Suite 300<br>Bend, Oregon 97701-1957<br>541.382.3011<br>541.383.3073<br>mld@karnopp.com |

__ **(By Mail)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Sherman Oaks, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing contained in affidavit.

__ **(By Overnight Delivery)** I deposited this document in the box or other facility located at 15260 Ventura Blvd., Suite 920, Sherman Oaks, CA 91403 regularly maintained by Overnite Express/Federal Express, in an envelope designated by Overnite Express/Federal Express with delivery fees paid or provided for, addressed to the persons on whom it is to be served, for guaranteed next day delivery.

x **(To Be Served By The Court Via Notice of Electronic Filing ("NEF")** Pursuant to controlling General Order(s) and Federal Rule(s) ("FR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 29, 2012, I checked the CM/ECF docket for this district case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the following email address(es): spaton@partonsell.com; mld@karnopp.com

__ **(By Personal Service)** I caused the delivery of such envelope by hand to the offices of the addressee.

Executed on January 29, 2013, Sherman Oaks, California.

__ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*[signature]*
MICHELLE SHAPIRO

Proof.wpd